UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BOSSIER VILLAGE LANE PROPERTIES, LLC | CIVIL ACTION NO. 26-cv-3847 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TWIN CITY FIRE INSURANCE CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Bossier Village Lane Properties, LLC filed a Diversity Jurisdiction Disclosure Statement (Doc. 14) and alleged that it is "a Louisiana Limited Liability Company whose members all reside in Louisiana." The statement does not allege whether the members are private individuals, other LLCs, corporations, or otherwise identify them. The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018).

If the members are individuals, an allegation that they "reside" in a state is insufficient to sufficiently allege citizenship. It is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone 'does not satisfy the requirement of an allegation of citizenship.'" Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888, 889 (5th Cir. 1984).

Bossier Village must file, no later than **November 2, 2027**, an amended Diversity Jurisdiction Disclosure Statement that specifically identifies each of its members and alleges the citizenship of each member in accordance with the applicable rules.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 21st day of October, 2026.

Mark L. Hornsby
U.S. Magistrate Judge